UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ORLY TAITZ<br><br>        Plaintiff(s),<br><br>  v.<br><br>SYLVIA BURWELL<br><br>        Defendant(s). | CASE NO:<br>8:15−cv−00508−CJC−JCG<br><br>**NOTICE OF INTENT** |

    **TO ALL COUNSEL OF RECORD**, notice is hereby given that on January 22, 2016, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

    The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil

///

///

///

Procedure 26(f) and Local Rule 26−1. In scheduling the case, the Court will rely upon the pleadings, as well as the Rule 26(f) report. Counsel shall include in the report their choice of settlement procedure: the ADR Program or private mediation. The parties may not choose a settlement conference before a Magistrate Judge. The Court's ADR Program is described in the "ADR" section of the Court's website (http://www.cacd.ucourts.gov), which also contains the list of Attorney Settlement Officers and requisite ADR forms. Counsel are referred to Federal Rule of Civil Procedure 26(f) and Local Rule 26−1 for other specific requirements of the report. In addition, counsel are directed to provide the specific reasons for their selection of a particular discovery cutoff date.

IT IS ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: October 23, 2015

Cormac J. Carney
United States District Judge